# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, M.G. MILLER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**AARON D. NEELY**
**ENGINEMAN FIREMAN (E-3), U.S. NAVY**

**NMCCA 201400309**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 5 May 2014.
**Military Judge:** CAPT B.L. Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commanding Officer, USS STERETT (DDG 104).
**For Appellant:** CDR Christopher E. Roper, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**26 November 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court